# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 24, 2020 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-5745 (ENV) |
| **NAME OF CASE(S):** | **GENSBERG -V- ALDI INC.,** |
| **FOR PLAINTIFF(S):** | Sheehan |
| **FOR DEFENDANT(S):** | Goldstein, Neale |
| **NEXT CONFERENCE(S):** | **SEPTEMBER 9, 2020 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

he Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 7/15/20;

Completion of Phase I discovery - 8/21/20;

Deadline for motions to join new parties or amend pleadings - 9/15/20;

First requests for production of documents and interrogatories due by - 10/2/20;

All fact discovery to be completed by 3/5/21;

Exchange of expert reports - 4/16/21;

Expert depositions completed by - 5/19/21;

All discovery completed by - 5/27/21;

Final date to take first step in dispositive motion practice - 6/28/20.

An in-person settlement conference will be held on September 9, 2020 at 11:00 a.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than September 7, 2020. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.