**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEVE GENSBERG, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>-v.-<br><br>ALDI INC.,<br><br>                          Defendant. | Case No. 19-cv-5745-EK-ST<br><br><br>**NOTICE OF MOTION**<br><br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that Defendant Aldi Inc. ("Aldi"), upon the accompanying Memorandum of Law and the accompanying Declarations of Marianne F. Kies and Synticee Denmark, all dated November 24, 2020, and exhibits thereto, will move this Court, before the Honorable Eric R. Komitee, United States District Judge at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 6G North, Brooklyn, New York 11201, as soon as counsel may be heard, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), granting Aldi's Motion to Dismiss Plaintiff's Amended Complaint, with prejudice, and taking judicial notice of certain publicly available materials

referenced therein.

Dated:  November 24, 2020  **COVINGTON & BURLING LLP**

By: s/ *Steven J. Rosenbaum*
      Steven J. Rosenbaum (*pro hac vice*)

Marianne F. Kies (*pro hac vice*)
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
srosenbaum@cov.com
mkies@cov.com

Jordan S. Joachim
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
jjoachim@cov.com

*Attorneys for Defendant Aldi Inc.*